UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH TYLER LITTLEFIELD,

                Plaintiff,

   v.

THOMAS FITHIAN, et al.,

                Defendant.

CASE NO. 3:21-cv-05453-RSM-BAT

**ORDER OF DISMISSAL**

      Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

      (1)     The Court ADOPTS the Report and Recommendation.

      (2)     Plaintiff's complaint is DISMISSED without prejudice for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915A and 1915(e)(2)(B)(ii).

      (3)     The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

//

//

ORDER OF DISMISSAL - 1

DATED this 7th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2